UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Stanley R. Chesler |
| v. | : | Criminal No. 10-774 (SRC) |
| GERRAL INGRAM | : | **ORDER** |

The Court having presided over the defendant's guilty plea to Count 5 of the Petition for Violation of Supervised Release charging him with unlawful use of marijuana, a controlled substance, on February 7, 2012 and April 19, 2012, and concurrent sentencing hearing, it is hereby ORDERED:

1. Defendant is hereby adjudged guilty of violating the terms of his supervised release;

2. Defendant's supervised release is hereby REVOKED;

3. Defendant is hereby committed to a new term of supervised release for six (6) months. As a special condition of supervised release, Defendant shall spend a period of five (5) months at a correctional educational center as designated by U.S. Probation with no weekend privileges. Defendant shall also comply with the conditions of supervised release that had been previously imposed.

4. Defendant shall report to the correctional educational center as directed by U.S. Probation; and

5. Counts 1, 2, 3, 4 and 6 of the Petition for Violation of Supervised Release are hereby dismissed.

_____
HON. STANLEY R. CHESLER
United States District JudgeDated:

June 25, 2012