PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** INGRAM, Gerral

**Docket Number:** 10-00774-001
**PACTS Number:** 57812

**Name of Sentencing Judicial Officer:** Honorable Stanley R. Chesler, U.S.D.J.

**Date of Original Sentence:** 03/23/2011
**Date of Revocation:** 06/20/2012

**Original Offense:** Importing/Manufacturing Firearms - Dealing in Firearms Without a License

**Original Sentence:** 21 months imprisonment; three (3) years supervised release.
**Revocation Sentence:** Time served; six (6) months supervised release; $1,000 fine; $100 special assessment. Special conditions: 1) drug and alcohol testing/treatment; 2) no street-gang association; 3) new debt restriction; and 4) five (5) months community confinement.

**Type of Supervision:** Supervised Release

**Date Supervision Commenced:** 06/20/2012

**Assistant U.S. Attorney:** Rodney Villazor, 970 Broad Street, Room 502, Newark, New Jersey 07102 (973) 645-2700

**Defense Attorney:** Kevin Carlucci (AFPD), 1002 Broad Street, Newark, New Jersey 07102 (973) 645-6347

---

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the standard supervision condition which states '**You shall work regularly at a lawful occupation unless excused by the Probation Officer for schooling, training or other acceptable reasons.**' |
| | Since the inception of supervised release (June 2012), despite numerous referrals and without a credible excuse, the offender has been unemployed. |

PROB 12C - Page 2
INGRAM, Gerral

2          The offender has violated the special supervision condition which states '**You shall reside for a period of five (5) months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. You shall not be eligible for weekend privileges. You shall pay subsistence as required by the program.**'

On July 10, 2012, the offender began the term of community confinement within Toler House in Newark, New Jersey. However, on August 6, 2012, as a result of disciplinary infractions, he was discharged as a "program failure."

I declare under penalty of perjury that the foregoing is true and correct.

By: Joseph Empirio
U.S. Probation Officer

Joseph Empirio 2012.08.08
16:03:58 -04'00'

Date: 08/08/2012

THE COURT ORDERS:

[   ] The Issuance of a Warrant
[ ✓ ] The Issuance of a Summons. Date of Hearing: 8/21/2012 @ 11:30AM
[   ] No Action
[   ] Other

Signature of Judicial Officer

8/13/2012
Date